**81**

Charles EMMERSON and Willis Swearingin, Appellants,

v.

Lloyd G. LYON, Respondent.

No. WD 39247.

Missouri Court of Appeals,
Western District.

Dec. 1, 1987.

Rehearing Denied Feb. 2, 1988.

David Rahm, Kansas City, for appellants.

A.V. McCalley, McCalley and Gorham, Richmond, for respondent.

Before CLARK, P.J., and TURNAGE and MANFORD, JJ.

**ORDER**

PER CURIAM:

Appeal from adverse judgment in conversion action. Judgment affirmed. Rule 84.-16(b).

In the Interest of T.M.J. and H.A.J.

Appeal of T.D.J., Father.

No. WD 39249.

Missouri Court of Appeals,
Western District.

Dec. 29, 1987.

Rehearing Denied Feb. 2, 1988.

Mark Hubbard, Farley & Hubbard, Platte City, for appellant.

John R. Cady, Moore, Cady & Fairfield, Platte City, for respondent.

Before CLARK, P.J., and TURNAGE and MANFORD, JJ.

**ORDER**

PER CURIAM.

Appeal from judgment terminating parental rights.

Judgment affirmed. Rule 84.16(b).